United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUTAPA GHOSAL,

          Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
PUBLIC HEALTH,

          Defendant.

Case No.  25-cv-06338-HSG

**SCHEDULING ORDER**

Having considered the parties' proposals, *see* Dkt. Nos. 27, 28, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | April 13, 2026 |
| Close of Fact Discovery | July 10, 2026 |
| Exchange of Opening Expert Reports | July 27, 2026 |
| Exchange of Rebuttal Expert Reports | August 11, 2026 |
| Close of Expert Discovery | August 26, 2026 |
| Dispositive Motion Hearing Deadline | October 8, 2026, at 2:00 p.m. |
| Pretrial Conference | January 5, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | January 19, 2027, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. The parties are also **DIRECTED** to file by February 17, 2026, the standard ADR form, Stipulation and Proposed Order Selecting ADR Process. This order **VACATES** the case management conference

set for February 10, 2026.

**IT IS SO ORDERED.**

Dated:    2/9/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2