**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**SUTAPA GHOSAL,**
Plaintiff,

v.

**CALIFORNIA DEPARTMENT OF PUBLIC HEALTH,**
Defendant.

4:25-cv-06338-HSG

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT''S MOTION FOR SUMMARY JUDGMENT (as modified)

**Date: September 10, 2026**

BEFORE THE COURT is Plaintiff Sutapa Ghosal's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. Upon consideration of the Motion, any response thereto, the record, and for good cause shown, the Court finds that the Motion should be **GRANTED**.

IT IS HEREBY **ORDERED, ADJUDGED, AND DECREED** that Plaintiff’s Motion for Extension of Time is GRANTED. Defendant shall have up to and including September 18, 2026 to file and serve its response in opposition to Plaintiff’s Motion for Summary Judgment. The reply to opposition deadline is extended to September 25, 2026

SO ORDERED, this 10th day of September, 2026.

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE